[S. F. No. 15121. In Bank.—July 16, 1934.]

AUGUST BENDIX, Appellant, v. JESSE M. SABIN, Respondent; HENRIETTA G. SABIN et al., Defendants.

R. E. Hewitt for Appellant.

R. A. Rogers for Respondent.

THE COURT.—Motion to dismiss appeal.

The trial court rendered judgment against the plaintiff. After motion for new trial made and denied, plaintiff gave notice of, but has not perfected, an appeal.

From the order of the trial court terminating proceedings for the preparation of a record on appeal, it appears that the time allowed by law has long since passed.

The appeal is dismissed.